

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

June 1, 2015

Mr. Michael Franzak
3501 Ranch Road 620 S.
Bee Cave, TX 78738

Mr. William S. Warren
Warren Law Firm
1011 Westlake Drive
Austin, TX 78746
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-15-00249-CV
       Trial Court Case Number:    C-1-CV-15-002921

Style:  Michael Franzak
        v. Cielo Multi Family LLC d/b/a Cielo Apartments

Dear Counsel:
On May 28, 2015, the one-volume clerk's record was filed in this Court.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Chris Knowles*
Chris Knowles, Deputy Clerk

cc:    The Honorable Dana DeBeauvoir

RECEIVED
JUN 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D KYLE



# COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 JUN 01 2015

$ 000.41⁶

RTS

RECEIVED
JUN 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

MR. MICHAEL  FRANZAK
3501 RANCH ROAD 620 S.
BEE CAVE. TX  78738

NIXIE        767    RE 1              0006/13/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  78711254747        *0793-08646-09-15